Michael N. Westheimer (State Bar No. 178938)
E-mail: michael.westheimer@bakernet.com
Brian Wong (State Bar No. 260913)
E-mail: brian.wong@bakernet.com
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
Telephone: +1 650 856 2400
Facsimile: +1 650 856 9299

JS-6

Attorneys for Defendant
SOUTHWEST AIRLINES CO.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ELLIS,<br><br>      Plaintiff,<br><br>      v.<br><br>SOUTHWEST AIRLINES, a Corporation, and DOES 1 through 20, inclusive,<br><br>      Defendant. | Case No. CV 09-409-JFW (RCx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE<br><br>Pre-Trial Conf.: November 20, 2009<br>Trial Date: December 8, 2009 |

Upon due consideration of the Parties' stipulation of dismissal of the action with prejudice, it is hereby ORDERED that this action is dismissed with prejudice as to all parties, with each party to bear his or its own attorney's fees and costs. This Court shall retain jurisdiction over any action or proceeding to enforce the terms of the Parties' settlement of this action.

IT IS SO ORDERED.

Dated: August 21, 2009

/S/
HON. JOHN F. WALTER
United States District Judge

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304
+1 650 856 2400

PALDMS/398422.1

1

CASE NO. CV09-0409 JFW (RCx)
[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE